# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MCCARTHY | Case No.: 3:13-cv-02235-~~JSC~~ WHA |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY |
| CASA MADRONA HOTEL & SPA LLC; and DOES 1 THROUGH 10, Inclusive | |
| | [Fed. R. Civ. P. Rule 41(a)(2)] |
| Defendants | |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants CASA MADRONA HOTEL & SPA LLC be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 3:13-cv-02235-JSC.

**IT IS SO ORDERED.**

Dated:   November 7, 2013 .

The Honorable William Alsup