# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>Plaintiff<br><br>v.<br><br>CASA MADRONA HOTEL & SPA LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 3:13-cv-02235-~~JSC~~ WHA<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants CASA MADRONA HOTEL & SPA LLC be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 3:13-cv-02235-JSC.

**IT IS SO ORDERED.**

Dated:  November 7, 2013 .

*[signature]*

The Honorable William Alsup